CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL K. MARRIOTT (CSBN 280890)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4836
Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DESTINY DORHAM,                               )
                                              )   Case No. 4:25-cv-09463-KAW
        Plaintiff,                            )
                                              )
        v.                                    )   **ORDER OF REMAND**
                                              )
                                              )
FRANK BISIGNANO,                              )
Commissioner of Social Security,             )
                                              )
        Defendant.                            )
                                              )

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  March 23, 2026

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE